UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| STEPHEN F. COSTELLO, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-474 |
| KENNETH R. OXENDINE, HIGH POINT FURNITURE CARRIER COMPANY, and UNKNOWN EMPLOYER OF KENNETH R. OXENDINE, | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the Motion of Defendant, High Point Furniture Carrier Company, for Judgment on the Pleadings on Counts IV and V of Plaintiff's Complaint [DE 12] filed by the defendant, High Point Furniture Carrier Company, on April 29, 2019. The plaintiff represents that he has no objection to the defendant's motion as it relates to Counts IV and V of the Complaint. Accordingly, the court hereby **GRANTS** the motion and **DISMISSES** Counts IV and V of the plaintiff's Complaint.

ENTERED this 19th day of September, 2019.

/s/ Andrew P. Rodovich
United States Magistrate Judge